### *Bell and others* v. *Rhinelander.*

IN partition only the notice and affidavit of service is read, not the petition.